**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-14231-CIV-MAYNARD**

**LEE DAVIS,**

      **Plaintiff,**

**v.**

**COSMETICA, INC., a Florida Limited Liability**
**Company, AND ADLEY DASILVA,**

      **Defendants.**
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**
**AND ORDER DISMISSING THE CASE WITH PREJUDICE**

**THIS CAUSE** comes before this Court upon the parties' Amended Joint Motion for Approval of Settlement Agreement with Prejudice (DE 28). The parties (both of whom are represented by legal counsel) settled this FLSA lawsuit privately. The terms of their settlement are expressed in the Settlement Agreement and Addendum which they filed at DE 28-1. This Court has reviewed that agreement and finds it to be a fair and reasonable resolution of the Plaintiff's FLSA claims. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). *See also*, *Silva v. Miller*, 307 Fed. Appx. 349 (11th Cir. 2009). This Court finds the amount that the Plaintiff and her counsel each is recovering to be reasonable under the requirements of the above-cited case law. The Plaintiff is recovering wages and damages, and her attorney is recovering a separate award for fees and costs. The parties reached their compromise with the benefit of sufficient information and investigation. Although the Defendants still dispute the merit of the Plaintiff's lawsuit, the Defendants agree that the payments they are making constitute a fair

compromise and will spare them additional litigation expense. This Court finds all other terms of the parties' Settlement Agreement and Addendum reasonable, too. It is therefore,

**ORDERED AND ADJUDGED** that the parties' Amended Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (DE 28) is **GRANTED**. It is further,

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement and Addendum (DE 28-1) are **APPROVED** as a fair and reasonable resolution of the Plaintiff's FLSA claims and this litigation. It is lastly,

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over the parties' Settlement Agreement for 30 days pursuant to the terms the parties stipulate to at DE 28.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of January, 2021.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE